UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. S1-4:07CR00231 JCH (DDN) |
| | ) | |
| ERIK G. GARCIA and | ) | |
| MARCO A. GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including August 2004, and continuing thereafter to the date of this indictment, with the exact dates unknown to this Grand Jury, in the Eastern District of Missouri and elsewhere,

**ERIK G. GARCIA and
MARCO A. GARCIA,**

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other, Zelman Sanders, III, Michael Mabry, Perry L. Sheard and other persons known and unknown to this Grand Jury, to commit an offense against the United States, to wit: to knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

B.  Manner And Means Of The Conspiracy

1.  It was part of the drug-trafficking conspiracy that defendants Erik G. Garcia and Marco A. Garcia and co-conspirators located in Arizona were the source of supply for significant quantities of marijuana.

2. It was further part of the drug-trafficking conspiracy that defendants Erik G. Garcia and Marco A. Garcia utilizing various addresses, either directly or utilizing co-conspirators and other individuals shipped significant quantities of marijuana from Arizona to locations within the Eastern District of Missouri and elsewhere.

3. It was further part of the drug-trafficking conspiracy that the marijuana would be shipped to Zelman Sanders, III, Michael Mabry and Perry L. Sheard utilizing various delivery sites.

4. It was further part of the drug-trafficking conspiracy that Zelman Sanders, III, Michael Mabry and Perry L. Sheard redistributed the marijuana to individuals within the Eastern District of Missouri.

5. It was further part of the drug-trafficking conspiracy that money, in the form of United States Postal money orders and other types of money orders, were mailed back to defendants Erik G. Garcia and Marco A. Garcia and co-conspirators in Arizona for the purchase/payment of marijuana.

6. It was further part of the drug-trafficking conspiracy that money, in the form of cash deposits into various Arizona bank accounts, were made in the Eastern District of Missouri by Zelman Sanders, III, and co-conspirators either directly or by utilizing other individuals for the purchase/payment of marijuana.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1); and

The quantity of the controlled substance involved in the offense was in excess of 100 kilograms of marijuana, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B)(vii).

## COUNT TWO

The Grand Jury further charges that:

A. In or about August 2004, and continuing thereafter to the date of the indictment, with the exact dates unknown to this Grand Jury, in the Eastern District of Missouri and elsewhere,

### ERIK G. GARCIA and
### MARCO A. GARCIA,

the defendants herein, did knowingly and willfully conspire, combine, confederate and agree with Zelman Sanders, III and other persons known and unknown to this Grand Jury, to commit an offense against the United States, to wit: (a) to knowingly and willfully conduct financial transactions affecting interstate commerce, to wit: transactions in the Eastern District of Missouri involving the purchase of United States Postal Money Orders and other money orders and their subsequent negotiation in Arizona; and that these transactions involved the proceeds of some form of an unlawful activity, to wit: conspiracy to distribute and possess with intent to distribute marijuana; (b) with the intent to promote the carrying on of the above referenced specified unlawful activity; and (c) that while conducting and attempting to conduct such financial transactions the defendants knew that the money involved in the financial transactions represented the proceeds of some unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

B. MANNER AND MEANS OF THE CONSPIRACY

The defendants Erik G. Garcia and Marco A. Garcia and co-conspirators including Zelman Sanders, III, accomplished and attempted to accomplish the object of this money laundering conspiracy in the following manner and through the following means:

3

1. It was part of said money laundering conspiracy that Zelman Sanders, III, conspiring with defendants Erik G. Garcia and Marco A. Garcia utilized money derived from drug trafficking activity and purchased United States Postal Money Orders and other money orders in the St. Louis, Missouri, metropolitan area and elsewhere.

2. It was part of said money laundering conspiracy that the postal money orders and other types of money orders would be mailed and/or shipped to defendant Erik G. Garcia and others in Arizona for the purchase/payment of marijuana.

3. It was part of said money laundering conspiracy that defendants Erik G. Garcia, Marco A. Garcia, co-conspirators and others would submit the money orders directly to merchants in exchange for other assets, deposit the money orders into bank accounts or cash or direct others to cash the United States Postal Money Orders in Arizona.

4. It was part of said money laundering conspiracy that defendant Zelman Sanders, III, would make cash deposits and/or direct others to make cash deposits from the Eastern District of Missouri into various Arizona bank accounts belonging to co-conspirators and others.

5. The United States Postal Money Orders purchased and/or negotiated by the defendants include but are not limited to the following:

| Date | Event | Item No. | Issue Zip | Addressee / Payee: | Sender / Payor: | Amount |
|---|---|---|---|---|---|---|
| 01/10/05 | MO Purchase | 0670550800 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0670550801 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0670550802 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0707504104 | 62201 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0707504105 | 62201 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0707504106 | 62201 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0707504107 | 62201 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |

| Date | Event | Item No. | Issue Zip | Addressee / Payee: | Sender / Payor: | Amount |
|---|---|---|---|---|---|---|
| 01/10/05 | MO Purchase | 0707504108 | 62201 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0707504109 | 62201 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0708339719 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0708339720 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0708339721 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0708339722 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0708339723 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 | MO Purchase | 0708339724 | 63017 | (Seized By USPIS) | (Seized By USPIS) | $1,000.00 |
| 01/10/05 Total | | | | | | $15,000.00 |
| 01/20/05 | MO Purchase | 0707572089 | 62203 | Sam Levitz Furniture Co. | Antonio Ceja, 1305 N Grand, Nogales, AZ 85621 | $1,000.00 |
| 01/20/05 | MO Purchase | 0707572090 | 62203 | Imagine Realty | Monica Chavez 5077 E. Butterwood Tucson, AZ 85706 | $1,000.00 |
| 01/20/05 | MO Purchase | 0707572091 | 62203 | Sears (036360617299-9) | Ken or Barb Dean 301 W. Black Rd. Huachuca City, AZ 85616 | $800.00 |
| 01/20/05 Total | | | | | | $2,800.00 |
| 01/21/05 | MO Purchase | 0669626652 | 62204 | Sam Levitz Furniture Co. | Antonio Ceja 1305 N Grand Nogales, AZ 85621 | $1,000.00 |
| 01/21/05 | MO Purchase | 0669626653 | 62204 | Kondwani Johnson 7360 E Fayette Tucson, AZ 85730 | Charmella Floy 4504 W 27th, Apt 10 Pine Bluff, AR 71603 | $750.00 |
| 01/21/05 | MO Purchase | 0707505962 | 62201 | Jesses Pro Tire & Wheel | Felix I | $1,000.00 |
| 01/21/05 | MO Purchase | 0707505963 | 62201 | Jesses Pro Tire & Wheel | Felix I | $1,000.00 |
| 01/21/05 | MO Purchase | 0707505964 | 62201 | Clementina Rivera | Clementina Rivera | $800.00 |
| 01/21/05 | MO Purchase | 0707572174 | 62203 | Ship-n-Mail Express 2114 W. Grant Road Tucson, AZ 85745 | | $1,000.00 |
| 01/21/05 | MO Purchase | 0707572175 | 62203 | Sam Levitz Furniture Co. | Antonio Ceja 1305 N Grand Nogales, AZ 85621 | $1,000.00 |
| 01/21/05 | MO Purchase | 0707572176 | 62203 | Clementina Rivera | Clementina Rivera | $800.00 |
| 01/21/05 | MO Purchase | 0708339550 | 63017 | Monica Chavez 1111 E. Limberlost #33 Tucson, AZ 85719 | Ernesto Chavez 331 W. Grant #1 Phoenix, AZ 85003 | $1,000.00 |

5

| Date | Event | Item No. | Issue Zip | Addressee / Payee: | Sender / Payor: | Amount |
|---|---|---|---|---|---|---|
| 01/21/05 | MO Purchase | 0708339551 | 63017 | A-L Financial<br>3151 E. Broadway<br>Tucson, AZ 85711 | Arnulfo Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | $1,000.00 |
| 01/21/05 | MO Purchase | 0708339552 | 63017 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Rogelio Armento<br>6410 N. Galaxy<br>Tucson, AZ 85749 | $1,000.00 |
| 01/21/05 | MO Purchase | 0708339553 | 63017 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Erik Garcia | $1,000.00 |
| 01/21/05 | MO Purchase | 0708339554 | 63017 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Arnulfo Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | $1,000.00 |
| 01/21/05 | MO Purchase | 0708339555 | 63017 | Monica Chavez<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Ernesto Chavez<br>331 W. Grant #1<br>Phoenix, AZ 85003 | $1,000.00 |
| 01/21/05 Total | | | | | | $13,350.00 |
| 01/31/05 | MO Purchase | 0670162301 | 62208 | Arlette Garcia<br>168 W. Finedale<br>Tucson, AZ 85706 | Jose Carrasco | $1,000.00 |
| 01/31/05 | MO Purchase | 0670162302 | 62208 | Ship-n-Mail Express<br>2114 W. Grant Road<br>Tucson, AZ 85745 | Natures Gems | $1,000.00 |
| 01/31/05 | MO Purchase | 0670162303 | 62208 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $800.00 |
| 01/31/05 | MO Purchase | 0707354659 | 62223 | Arlette Garcia<br>168 W. Finedale<br>Tucson, AZ 85706 | Jose Carrasco | $1,000.00 |
| 01/31/05 | MO Purchase | 0707354660 | 62223 | Arlette Garcia<br>168 W. Finedale<br>Tucson, AZ 85706 | Jose Carrasco | $1,000.00 |
| 01/31/05 | MO Purchase | 0707354661 | 62223 | Support Payment<br>Clearing House<br>PO Box 52107<br>Phoenix, AZ 85072 | Gabriel Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | $800.00 |
| 01/31/05 | MO Purchase | 0708339829 | 63017 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 01/31/05 | MO Purchase | 0708339830 | 63017 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Soto | $1,000.00 |
| 01/31/05 | MO Purchase | 0708339831 | 63017 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 01/31/05 | MO Purchase | 0708339832 | 63017 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 01/31/05 | MO Purchase | 0708339833 | 63017 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Soto | $1,000.00 |

6

| Date | Event | Item No. | Issue Zip | Addressee / Payee: | Sender / Payor: | Amount |
|---|---|---|---|---|---|---|
| 01/31/05 | MO Purchase | 0708339834 | 63017 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Erik Garcia | $1,000.00 |
| 01/31/05 | MO Purchase | 0743754726 | 63011 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 01/31/05 | MO Purchase | 0743754727 | 63011 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Soto | $1,000.00 |
| 01/31/05 | MO Purchase | 0743754728 | 63011 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Erik Garcia | $1,000.00 |
| 01/31/05 | MO Purchase | 0743754729 | 63011 | Arlette Garcia<br>168 W. Finedale<br>Tucson, AZ 85706 | Jose Carrasco | $1,000.00 |
| 01/31/05 | MO Purchase | 0743754730 | 63011 | Arlette Garcia<br>168 W. Finedale<br>Tucson, AZ 85706 | Jose Carrasco | $1,000.00 |
| 01/31/05 Total | | | | | | $16,600.00 |
| 02/01/05 | MO Purchase | 0640710510 | 62201 | Stewart Title<br>5650 S. 12th Ave.<br>Tucson, AZ 85706 | Maria G | $400.00 |
| 02/01/05 | MO Purchase | 0640710511 | 62201 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Rojas | $400.00 |
| 02/01/05 | MO Purchase | 0640710512 | 62201 | Monica Chavez<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Armando Nunez<br>6816 W. Sire Libre<br>Glendale, AZ 85306 | $1,000.00 |
| 02/01/05 | MO Purchase | 0640710513 | 62201 | Bernadette Contreas<br>2101 S. Cottonwood Lane<br>Tucson, AZ 85713 | Cipriano<br>5290 S Rock #1105<br>Tucson, AZ | $1,000.00 |
| 02/01/05 | MO Purchase | 0640870024 | 63011 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Rojas | $700.00 |
| 02/01/05 | MO Purchase | 0640870025 | 63011 | Ship-n-Mail Express<br>2114 W. Grant Road<br>Tucson, AZ 85745 | | $700.00 |
| 02/01/05 | MO Purchase | 0669626769 | 62204 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Art Garcia | $1,000.00 |
| 02/01/05 | MO Purchase | 0669626770 | 62204 | Bernadette Contreas<br>2101 S. Cottonwood Lane<br>Tucson, AZ 85713 | Cipriano<br>5290 S Rock #1105<br>Tucson, AZ | $1,000.00 |
| 02/01/05 | MO Purchase | 0669626771 | 62204 | Monica Chavez<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Ernesto Chavez<br>331 W. Grant #1<br>Phoenix, AZ 85003 | $800.00 |
| 02/01/05 | MO Purchase | 0669626788 | 62204 | Janel Laguna<br>4120 S. Queen Palm<br>Tucson, AZ 85730 | Terry Gomez | $1,000.00 |
| 02/01/05 | MO Purchase | 0669626789 | 62204 | Monica Chavez<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Armando Nunez<br>6816 W Sire Libre<br>Glendale, AZ 85306 | $1,000.00 |

7

| Date | Event | Item No. | Issue Zip | Addressee / Payee: | Sender / Payor: | Amount |
|---|---|---|---|---|---|---|
| 02/01/05 | MO Purchase | 0669626795 | 62204 | Mary Suttle<br>1704 N. 45th<br>E. St. Louis, Illinois 62204 | Zelman Sanders<br>1769 N. 38th<br>E. St. Louis, Illinois 62204 | $800.00 |
| 02/01/05 | MO Purchase | 0669626796 | 62204 | Zelman Sanders<br>1704 N. 45th<br>E. St. Louis, Illinois | Mary Suttle<br>1704 N. 45th<br>E. St. Louis, Illinois | $1,000.00 |
| 02/01/05 | MO Purchase | 0669626797 | 62204 | Zelman Sanders<br>1704 N. 45th<br>E. St. Louis, Illinois | Mary Suttle<br>1704 N. 45th<br>E. St. Louis, Illinois | $1,000.00 |
| 02/01/05 | MO Purchase | 0670161066 | 62208 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 02/01/05 | MO Purchase | 0670161067 | 62208 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 02/01/05 | MO Purchase | 0670161068 | 62208 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Erik Garcia | $800.00 |
| 02/01/05 | MO Purchase | 0670162311 | 62208 | Desert Springs<br>3727 E 24th Street<br>Tucson, AZ 85708 | Marco A. Gargia<br>5484 N. 43rd, #43<br>Glendale, AZ 85301 | $850.00 |
| 02/01/05 | MO Purchase | 0670162312 | 62208 | Janel Laguna<br>4120 S. Queen Palm<br>Tucson, AZ 85730 | Terry Gomez | $1,000.00 |
| 02/01/05 | MO Purchase | 0670272510 | 62201 | Lolamai Mobile Park<br>5484 N 43rd Ave.<br>Glendale, AZ 85301 | Marco A. Garcia<br>5484 N. 43rd, #43<br>Glendale, AZ 85301 | $600.00 |
| 02/01/05 | MO Purchase | 0670272511 | 62201 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Gloria Torres | $600.00 |
| 02/01/05 | MO Purchase | 0670272512 | 62201 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Rojas | $800.00 |
| 02/01/05 | MO Purchase | 0670272513 | 62201 | Ship-n-Mail Express<br>2114 W. Grant Road<br>Tucson, AZ 85745 | Natures Gems | $800.00 |
| 02/01/05 | MO Purchase | 0670272531 | 62201 | Meloza Moreno<br>4444 E. Benson Hwy. #161<br>Tucson, AZ | | $1,000.00 |
| 02/01/05 | MO Purchase | 0670272532 | 62201 | Bernadette Contreas<br>2101 S. Cottonwood Lane<br>Tucson, AZ 85713 | Cipriano<br>5290 S Rock #1105<br>Tucson, AZ | $1,000.00 |
| 02/01/05 | MO Purchase | 0670272533 | 62201 | Evangelina Meza<br>3309 S. Napa Vista<br>Tucson, AZ 85713 | David Terrazas<br>2850 E. Kaibab Vista<br>Tucson, AZ 85713 | $1,000.00 |
| 02/01/05 | MO Purchase | 0707354667 | 62223 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 02/01/05 | MO Purchase | 0707354668 | 62223 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Soto | $1,000.00 |

8

| Date | Event | Item No. | Issue Zip | Addressee / Payee: | Sender / Payor: | Amount |
|---|---|---|---|---|---|---|
| 02/01/05 | MO Purchase | 0707354669 | 62223 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Erik Garcia | $800.00 |
| 02/01/05 | MO Purchase | 0707354845 | 62223 | Bernadette Contreas<br>2101 S. Cottonwood Lane<br>Tucson, AZ 85713 | Cipriano<br>5290 S Rock #1105<br>Tucson, AZ | $1,000.00 |
| 02/01/05 | MO Purchase | 0707354846 | 62223 | Meloza Moreno<br>4444 E. Benson Hwy #161<br>Tucson, AZ | | $1,000.00 |
| 02/01/05 | MO Purchase | 0707354847 | 62223 | Miguel Hong<br>5603 E. 28th Street<br>Tucson, AZ 85711 | Amelia Chivas<br>4723 S. Camino De La Plaza<br>Tucson, AZ 85714 | $800.00 |
| 02/01/05 | MO Purchase | 0707355098 | 62223 | Meloza Moreno<br>4444 E. Benson Hwy #161<br>Tucson, AZ | | $1,000.00 |
| 02/01/05 | MO Purchase | 0707355099 | 62223 | Meloza Moreno<br>4444 E. Benson Hwy #161<br>Tucson, AZ | | $1,000.00 |
| 02/01/05 | MO Purchase | 0707355100 | 62223 | Ship-n-Mail Express<br>2114 W. Grant Road<br>Tucson, AZ 85745 | | $800.00 |
| 02/01/05 | MO Purchase | 0707355223 | 62223 | Janel Laguna<br>4120 S. Queen Palm<br>Tucson, AZ 85730 | Terry Gomez | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467424 | 62203 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Erik Garcia | $800.00 |
| 02/01/05 | MO Purchase | 0707467425 | 62203 | Arnulfo V. Garcia<br>1111 E. Limberlost<br>Tucson, AZ 85719 | Jorge Ramos | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467426 | 62203 | Lorencia Alvarez<br>123 W Delano<br>Tucson, AZ 85705 | Erik Garcia | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467427 | 62203 | Janel Laguna<br>4120 S. Queen Palm<br>Tucson, AZ 85730 | Terry Gomez | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467428 | 62203 | Janel Laguna<br>4120 S. Queen Palm<br>Tucson, AZ 85730 | Terry Gomez | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467429 | 62203 | Miguel Hong<br>5603 E. 28th Street<br>Tucson, AZ 85711 | Amelia Chivas<br>4723 S. Camino De La Plaza<br>Tucson, AZ 85714 | $800.00 |
| 02/01/05 | MO Purchase | 0707467435 | 62203 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Art Garcia | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467436 | 62203 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Art Garcia | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467437 | 62203 | Evangelina Meza<br>3309 S. Napa Vista<br>Tucson, AZ 85713 | David Terrazas<br>2850 E. Kaibab Vista<br>Tucson, AZ 85713 | $800.00 |

9

| Date | Event | Item No. | Issue Zip | Addressee / Payee: | Sender / Payor: | Amount |
|---|---|---|---|---|---|---|
| 02/01/05 | MO Purchase | 0707467442 | 62203 | Meloza Moreno<br>4444 E. Benson Hwy #161<br>Tucson, AZ | | $1,000.00 |
| 02/01/05 | MO Purchase | 0707467443 | 62203 | Monica Chavez<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Armando Nunez<br>6816 W Sire Libre<br>Glendale, AZ 85306 | $1,000.00 |
| 02/01/05 | MO Purchase | 0707672540 | 63117 | Evangelina Meza<br>3309 S. Napa Vista<br>Tucson, AZ 85713 | David Terrazas<br>2850 E. Kaibab Vista<br>Tucson, AZ 85713 | $1,000.00 |
| 02/01/05 | MO Purchase | 0707672541 | 63117 | Evangelina Meza<br>3309 S. Napa Vista<br>Tucson, AZ 85713 | David Terrazas<br>2850 E. Kaibab Vista<br>Tucson, AZ 85713 | $1,000.00 |
| 02/01/05 | MO Purchase | 0707672542 | 63117 | Miguel Hong<br>5603 E. 28th Street<br>Tucson, AZ 85711 | Amelia Chivas<br>4723 S. Camino De La Plaza<br>Tucson, AZ 85714 | $800.00 |
| 02/01/05 | MO Purchase | 0708339952 | 63017 | A-L Financial<br>3151 E. Broadway<br>Tucson, AZ 85711 | Arnulfo Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | $1,000.00 |
| 02/01/05 | MO Purchase | 0708339953 | 63017 | A-L Financial<br>3151 E. Broadway<br>Tucson, AZ 85711 | Arnulfo Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | $1,000.00 |
| 02/01/05 | MO Purchase | 0708339954 | 63017 | Marco Garcia<br>1111 E. Limberlost #33<br>Tucson, AZ 85719 | Carlos Soto | $800.00 |
| 02/01/05 | MO Purchase | 0743780130 | 63117 | Ship-n-Mail Express<br>2114 W. Grant Road<br>Tucson, AZ 85745 | Natures Gems | $1,000.00 |
| 02/01/05 | MO Purchase | 0743780131 | 63117 | Evangelina Meza<br>3309 S. Napa Vista<br>Tucson, AZ 85713 | David Terrazas<br>2850 E. Kaibab Vista<br>Tucson, AZ 85713 | $1,000.00 |
| 02/01/05 | MO Purchase | 0743780132 | 63117 | Miguel Hong<br>5603 E. 28th Street<br>Tucson, AZ 85711 | Amelia Chivas<br>4723 S. Camino De La Plaza<br>Tucson, AZ 85714 | $800.00 |
| 02/01/05 Total | | | | | | $50,450.00 |
| Grand Total | | | | | | $98,200.00 |

6. Zelman Sanders, III, made cash deposits in the Eastern District of Missouri and elsewhere into various Arizona bank accounts held in the names of co-conspirators and others where the money was utilized. The cash deposits made and utilized by the defendants include but are not limited to the following:

10

| Date of Dep | City, State of First Dep | Bank of America Branch | Account No. | Amount |
|---|---|---|---|---|
| 9/3/04 | Little Rock, Arkansas | Little Rock Main | XXXXXXXX1221 | $4,000.00 |
| 9/3/04 | Saint Louis, Missouri | East Roosevelt | XXXXXXXX1221 | $3,000.00 |
| 9/18/04 | Chesterfield, Missouri | Baxter Road | XXXXXXXX1221 | $2,500.00 |
| 9/20/04 | Swansea, Illinois | Swansea | XXXXXXXX1221 | $4,500.00 |
| 11/20/04 | Ballwin, Missouri | Ballwin | XXXXXXXX1221 | $7,830.00 |
| 11/30/04 | Chesterfield, Missouri | Baxter Road | XXXXXXXX1221 | $4,000.00 |
| 12/16/04 | Chesterfield, Missouri | Baxter Road | XXXXXXXX1221 | $4,150.00 |
| 12/21/04 | Saint Louis, Missouri | Plaza | XXXXXXXX1221 | $5,000.00 |
| 1/4/05 | Saint Louis, Missouri | Lindell | XXXXXXXX1221 | $5,000.00 |
| 1/19/05 | Saint Louis, Missouri | Plaza | XXXXXXXX1221 | $5,000.00 |
| 1/26/05 | Saint Louis, Missouri | Plaza | XXXXXXXX1221 | $2,050.00 |
| 2/9/05 | O'Fallon, Illinois | O'Fallon | XXXXXXXX1221 | $5,000.00 |
| 2/14/05 | Chesterfield, Missouri | Baxter Road | XXXXXXXX1221 | $3,000.00 |
| 3/10/05 | Chesterfield, Missouri | Baxter Road | XXXXXXXX1221 | $1,500.00 |
| | | | **XXXXXXXX1221 Total** | $56,530.00 |
| 3/20/06 | Saint Louis, Missouri | Manchester | XXXXXXXX1327 | $7,800.00 |
| 3/27/06 | Saint Louis, Missouri | Manchester | XXXXXXXX1327 | $8,000.00 |
| 4/3/06 | Swansea, Illinois | Swansea | XXXXXXXX1327 | $7,000.00 |
| 4/18/06 | O'Fallon, Illinois | O'Fallon | XXXXXXXX1327 | $8,000.00 |
| 4/27/06 | Swansea, Illinois | Swansea | XXXXXXXX1327 | $8,000.00 |
| 5/3/06 | O'Fallon, Illinois | O'Fallon | XXXXXXXX1327 | $8,000.00 |
| 5/25/06 | Chesterfield, Missouri | Baxter Road | XXXXXXXX1327 | $7,000.00 |
| 7/19/06 | Norman, Oklahoma | Norman Sooner | XXXXXXXX1327 | $1,000.00 |
| 9/14/06 | O'Fallon, Illinois | O'Fallon | XXXXXXXX1327 | $6,500.00 |
| 9/21/06 | Saint Louis, Missouri | Plaza | XXXXXXXX1327 | $5,000.00 |
| | | | **XXXXXXXX1327 Total** | $66,300.00 |
| 8/19/04 | Swansea, Illinois | Swansea | XXXXXXXX2354 | $1,000.00 |
| 8/23/04 | Chesterfield, Missouri | Baxter Road | XXXXXXXX2354 | $5,000.00 |
| 9/3/04 | Chesterfield, Missouri | Baxter Road | XXXXXXXX2354 | $4,000.00 |
| 9/21/04 | Ballwin, Missouri | Ballwin | XXXXXXXX2354 | $7,000.00 |
| 9/21/04 | Swansea, Illinois | Swansea | XXXXXXXX2354 | $2,500.00 |
| 9/29/04 | Chesterfield, Missouri | Baxter Road | XXXXXXXX2354 | $7,000.00 |
| | | | **XXXXXXXX2354 Total** | $26,500.00 |
| 8/9/04 | Little Rock, Arkansas | Downtown North | XXXXXXXX6566 | $5,000.00 |
| 8/13/04 | Saint Louis, Missouri | East Roosevelt | XXXXXXXX6566 | $400.00 |
| 8/23/04 | Chesterfield, Missouri | Chesterfield | XXXXXXXX6566 | $5,000.00 |
| 9/3/04 | Chesterfield, Missouri | Chesterfield | XXXXXXXX6566 | $3,600.00 |
| 9/22/04 | Chesterfield, Missouri | Baxter Road | XXXXXXXX6566 | $7,000.00 |
| | | | **XXXXXXXX6566 Total** | $21,000.00 |

11

| Date of Dep | City, State of First Dep | Bank of America Branch | Account No. | Amount |
|---|---|---|---|---|
| 9/15/05 | Chesterfield, Missouri | Baxter Road | XXXXXXXX7296 | $3,400.00 |
| 9/30/05 | O'Fallon, Illinois | O'Fallon | XXXXXXXX7296 | $6,000.00 |
| 2/9/06 | Arizona | Mariposa | XXXXXXXX7296 | $5,000.00 |
| 2/14/06 | Arizona | Mariposa | XXXXXXXX7296 | $3,000.00 |
| 2/22/06 | Arizona | Mariposa | XXXXXXXX7296 | $2,000.00 |
| 2/27/06 | Arizona | Nogales | XXXXXXXX7296 | $5,000.00 |
| 3/17/06 | Arizona | Mariposa | XXXXXXXX7296 | $4,000.00 |
| 4/10/06 | Arizona | Hewlett | XXXXXXXX7296 | $2,000.00 |
| 4/11/06 | Arizona | Mariposa | XXXXXXXX7296 | $3,000.00 |
| 5/1/06 | Arizona | Mariposa | XXXXXXXX7296 | $3,000.00 |
| 6/19/06 | Arizona | Mariposa | XXXXXXXX7296 | $5,000.00 |
| 7/24/06 | Arizona | Mariposa | XXXXXXXX7296 | $1,000.00 |
| | | | XXXXXXXX7296 Total | $42,400.00 |
| 3/11/06 | Chesterfield, Missouri | Baxter Road | XXXXXXXX8770 | $8,000.00 |
| 3/29/06 | Chesterfield, Missouri | Baxter Road | XXXXXXXX8770 | $8,000.00 |
| 4/7/06 | Chesterfield, Missouri | Baxter Road | XXXXXXXX8770 | $2,600.00 |
| 4/18/06 | Saint Louis, Missouri | Plaza | XXXXXXXX8770 | $7,970.00 |
| 5/1/06 | Chesterfield, Missouri | Baxter Road | XXXXXXXX8770 | $8,000.00 |
| 5/15/06 | Swansea, Illinois | Swansea | XXXXXXXX8770 | $7,500.00 |
| 5/25/06 | Chesterfield, Missouri | Baxter Road | XXXXXXXX8770 | $7,000.00 |
| | | | XXXXXXXX8770 Total | $49,070.00 |
| | | | Grand Total | $261,800.00 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h).

## COUNT THREE

1. The allegations of Count One of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. The property, real and personal of defendants Erik G. Garcia, and Marco A. Garcia,

12

(a) constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the violation of law set out in Count One of this Indictment, and

(b) used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations is subject to forfeiture to the United States.

3. Subject to forfeiture is approximately $445,657 in United States currency in that such sum in the aggregate is property constituting, or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense alleged in Count One.

4. Properties specifically subject to forfeiture as set out at paragraph 2 and 3 above, include but are not limited to:

(a) $60,000 in United States currency seized from co-conspirator Zelman Sanders, III, on June 6, 2006;

(b) $22,657 in United States currency seized from co-conspirator Zelman Sanders, III, on January 19, 2007;

5. If any of the property described in paragraphs 2, 3 and 4 above, as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the property described in paragraphs 2, 3 and 4, above, or elsewhere, as being subject to forfeiture.

## COUNT FOUR

1. The allegations of Count Two of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2. The property, real and personal of defendants Erik G. Garcia, and Marco A. Garcia, is property subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(1).

3. Subject to forfeiture is $445,657 in United States currency which was property involved in the offense alleged in Count Two or property traceable to such property.

4. If any of the property described in paragraphs 2 and 3 above, as being subject to forfeiture pursuant to Title 18, United States Code, Section 982(a), as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction fo the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1)(A) and Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the property described in paragraphs 2 and 3, above, or elsewhere, as being subject to forfeiture.

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
NOELLE C. COLLINS, #109678
Assistant United States Attorney